

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00085-CV

**EX PARTE J.C.F.** Jr.

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 20-07-0624-CVA
Honorable Walden Shelton, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we reverse the trial court's expunction order and render judgment denying J.C.F.'s petition for expunction. No costs of court are taxed in this appeal.

SIGNED March 9, 2022.

_____
Patricia O. Alvarez, Justice

---

[1] The Honorable Lynn Ellison is the presiding judge of the 81st District Court. The Honorable Walden Shelton, sitting by assignment, signed the expunction order.